**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alondra Tercero HERNANDEZ, Defendant–Appellant.**

No. 06–50395
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 18, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Evers Jason Leach, Law Offices of E. Jason Leach, Odessa, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Alondra Tercero Hernandez on appeal has moved to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Tercero Hernandez has filed a response. Our independent review of counsel's brief, the record, and Hernandez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.